# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00207-CR

**Velvet Sue Beighle, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 50,596, HONORABLE JOE CARROLL, JUDGE PRESIDING

**PER CURIAM**

Velvet Sue Beighle was placed on deferred adjudication community supervision in May 2000 after she pleaded guilty to possessing methamphetamine. *See* Tex. Health & Safety Code Ann. § 481.115 (West Supp. 2001). In November 2000, the State moved to adjudicate. *See* Tex. Code Crim. Proc. Ann. art. 42.12, § 5(b) (West Supp. 2001). On March 8, 2001, after a hearing on the motion, the district court amended the conditions of supervision and continued Beighle on community supervision. Beighle filed a notice of appeal from the March 8 order on April 11.

There is no right to appeal from an order modifying the conditions of deferred adjudication community supervision. *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.); *see also Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). As a consequence, we are without jurisdiction. The motion for extension of time to file notice of appeal is dismissed.

The appeal is dismissed for want of jurisdiction.


Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed:   May 3, 2001

Do Not Publish